UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-194M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| PEDRO RICARDO ANIYEA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:

Felon in Possession of a Firearm; Unlawful Possession of a Firearm: Possession of a Firearm with Obliterated Serial Number

<u>Date of Detention Hearing</u>:   May 11, 2006

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 1

15.13
Rev. 1/91

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The defendant was arrested in February of this year and charged in state court with an Assault charge during which it is alleged he was beating his girlfriend and holding her in the apartment against her will, in the presence of her three young children. He is now charged with three weapons charges.

(2) Defendant's criminal record includes a number of previous weapons charges, and multiple failures to appear. A number of active and extraditable bench warrants are outstanding in various jurisdictions. His record includes multiple probation violations at the state court level.

(3) The defendant is alleged to be a current user of illegal controlled substances.

(4) The defendant poses a risk of nonappearance due to outstanding warrants, six pending criminal cases, and a history of failing to appear and failing to abide by court orders. He poses a risk of danger based on criminal history, allegations of violence against his girlfriend, possible illegal substance use and the nature of the instant charges.

(5) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with

Case 2:06-cr-00170-MJP   Document 8   Filed 05/11/06   Page 3 of 3

counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>11th</u> day of May, 2006.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91