# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>PEDRO RICARDO ANIYEA,<br><br>        Defendant. | Case No. CR06-170MJP<br><br>INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE |

**THIS MATTER** comes on for hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Assistant United States Attorney, Greg Gruber ;
The defendant appears personally and represented by counsel, Colin Fieman;

The U.S. Probation Office has filed a petition alleging violation of the terms and conditions of supervision; the defendant has been advised of the allegation and maximum potential sanction if substantiated; the defendant admits the violation; and the court finds defendant violated conditions of his supervised release.

The matter is scheduled for a disposition hearing before the Honorable Marsha J. Pechman:

        Date: August 21, 2008

        Time: 9:00am

(X) Defendant is released on an appearance bond pending the above scheduled hearing.

( ) Defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

        August 11, 2008.

        s/Karen L. Strombom
        Karen L. Strombom, U.S. Magistrate Judge

ORDER
Page - 1