UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PEDRO RICARDO ANIYEA,<br><br>    Defendant. | Case No. CR06-170-MJP<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on February 20, 2009. The United States was represented by Assistant United States Attorney Todd Greenberg (for William Redkey), and the defendant by Lynn Hartfield. The proceedings were digitally recorded.

The defendant had been charged and convicted of Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). On or about August 4, 2006, defendant was sentenced by the Honorable Marsha J. Pechman to a term of 30 months in custody, to be followed by 3 years of supervised release. On June 30, 2008 and September 22, 2008, Judge Pechman entered judgments on revocation of probation/supervised release, sentencing defendant to 30 days in custody followed by 34 months TSR and 30 days in custody followed by 28 months TSR, respectively.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 1

conditions imposed included, but were not limited to, substance abuse and mental health programs, 20 hours of community service if not enrolled in school or work, search, 60 days in residential reentry program, 60 days EM, MRT participation and completion, DNA, and no firearm.

In a Petition for Warrant or Summons, January 21, 2009, U.S. Probation Officer Brian L. Johnson asserted the following violations by defendant of the conditions of his supervised release:

(1) Using Marijuana and alcohol on or before December 6, 2008, in violation of standard condition of supervision number 7.

(2) Using marijuana and alcohol on or before December 24, 2008, in violation of standard condition of supervision number 7.

(3) Failing to participate as directed in a drug testing program on December 30, 2008, in violation of the special condition of supervision that he participate as instructed in a program approved by the probation office for treatment of narcotic addiction, which may include drug testing to determine if he has reverted to the use of drugs.

(4) Failing to work regularly at a lawful occupation since October 10, 2008, in violation of standard condition of supervision number 5.

(5) Failing to perform 20 hours of community service per week as directed by the probation officer, in violation of the special condition of supervision that requires that when not employed at least part-time and/or enrolled in an educational or vocational program, he shall perform 20 hours of community service per week as directed by the probation officer.

(6) Failing to make minimum monthly assessment payments since November 15, 2008, in violation of the special condition of supervision.

In a Supplemental Violation Report dated February 13, 2009, U.S. Probation Officer

Brian L. Johnson asserted the following supplemental violations by defendant of the conditions of his supervised release:

    (7)    Failing to participate as directed in a drug testing program on January 29, 2009, February 5, 2009, and February 11, 2009, in violation of the special condition of supervision that he participate as instructed in a program approved by the probation office for treatment of narcotic addiction, which may in include drug testing to determine if he has reverted to the use of drugs.

    (8)    Failing to participate in Moral Recognition Therapy (MRT), in violation of the special condition that he shall participate in and successfully complete the MRT program.

The defendant was advised of the allegations and advised of his rights. Defendant admitted to violations 1, 2, 3, 4, 5, 6, 7 and 8.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2, 3, 4, 5, 6, 7 and 8, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Marsha J. Pechman on March 6, 2009 at 2:00 p.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 20th day of February, 2009.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:    Honorable Marsha J. Pechman
       AUSA:    Mr. William Redkey
       Defendant's attorney:    Ms. Lynn Hartfield
       Probation officer:    Mr. Brian L. Johnson